**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.:  09-31141-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

JOHN C. KIRBY
XXX-XX-0292

DEBTOR_____/

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE OF COURT GENERATED HEARING

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 11 |
| **Claimant:** | Ecast Settlement Corporation |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 30th day of January, 2015.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**Page 1 of 2**

**COPIES FURNISHED TO:**

**DEBTOR**
JOHN C. KIRBY
5682 PEBBLE BROOK LANE
BOYNTON BEACH, FL  33472

**ATTORNEY FOR DEBTOR**
MITCHELL J. NOWACK, ESQUIRE
8551 SUNRISE BLVD
SUITE 208
PLANTATION, FL  33322

**CREDITOR**
Ecast Settlement Corporation
Po Box 7247-6971
Philadelphia,  PA  19170-6971

**ADDITIONAL CREDITORS**
ECAST SETTLEMENT CORP
C/O BASS & ASSOCIATES PC
3936 E FT LOWELL RD, STE 200
TUCSON, AZ  85712

ECAST SETTLEMENT CORPORATION
C/O CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324

TIMOTHY STAPLEFORD, PRESIDENT
ECAST SETTLEMENT CORPORATION
383 MADISON AVE.
NEW YORK, NY  10179